# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          CIVIL ACTION NO.: 99-CV-60357

CLAYTON A. FREEMAN,          HONORABLE: George Caram Steeh

    Defendant,

and

G. FISHER CONSTRUCTION
COMPANY,

    Garnishee.

_____/

| O'REILLY RANCILIO P.C. | Clayton A. Freeman |
| --- | --- |
| Craig S. Schoenherr, Sr. (P32245) | Defendant In Pro Per |
| Eric C. Turnbull (P76382) | 8655 E. Jefferson Ave., Apt. 3-B |
| Attorneys for Plaintiff | Detroit, MI 48214 |
| 12900 Hall Road, Suite 350 | |
| Sterling Heights, MI 48313 | |
| (586) 726-1000 | |

_____/

## ORDER REGARDING DEFENDANT'S REQUEST
## FOR HEARING ABOUT THE ANSWER FILED BY THE
## GARNISHEE AND GRANTING INSTALLMENT PAYMENT ORDER

Plaintiff having obtained a Judgment against Defendant Clayton A. Freeman on October 4, 1999 in this matter; Plaintiff having filed a Writ of Continuing Garnishment as to Defendant's wages from G. Fisher Construction Company on

April 11, 2017; Defendant having filed a Request for Hearing about the Answer Filed by the Garnishee on May 22, 2017; the parties having appeared before this Court for a hearing on July 13, 2017; and the Court being otherwise fully advised:

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Writ of Garnishment as to Garnishee G. Fisher Construction Company is released;

2. Any funds withheld by Garnishee G. Fisher Construction Company prior to this Order shall be released to the Plaintiff;

3. An Installment Payment Order is hereby entered by which Defendant shall make monthly installment payments to Plaintiff in the amount of $100.00, beginning on September 5, 2017 and continuing thereafter on the 5th day of each consecutive month with a 5 day grace period. Payments under this Installment Payment Order shall reference Defendant's account number with the United States Department of Education and shall be made to the following address:

> U.S. Department of Justice
> Nationwide Central Intake Facility
> P.O. Box 790363
> St. Louis, MO 63179-0363

4. Plaintiff shall issue no garnishments as to Defendant's wages provided that payments are timely made according to Paragraph 3 of this Order; and

5. In the event Defendant fails to timely make any payments according to Paragraph 3 of this Order, Plaintiff may file a motion to set aside the Installment Payment Order.

The case remains closed.

Dated: July 17, 2017                              s/George Caram Steeh
                                                  U.S. DISTRICT JUDGE